FILED
U.S. DISTRICT COURT
2019 SEP -4 P 1:23
DISTRICT OF UTAH
_____
DEPUTY CLERK

Name: Vilce Jose Raudez
Address: 177-W. 300-N. APT. 9 Salt Lake City, UT 84103
Telephone: 801-548-3307

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### _____ DIVISION

Vilce Jose Raudez
(Full Name)
PLAINTIFF

vs.

Roy D. Reiser Jr.
Elsha Reiser
Subway Corporation

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:19-cv-00621
Assigned To : Waddoups, Clark
Assign. Date : 9/4/2019
Description: Raudez v. Reiser et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. __ 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Vilce Jose Raudez
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: 177-West 300-North Apt. #9
   Salt Lake City, Utah 84103

3. NAME OF FIRST DEFENDANT __Roy D. Reiser Jr.__
   IS A CITIZEN OF __UTAH__
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____


4. NAME OF SECOND DEFENDANT __ELSHA REISER__
   (If applicable)

   IS A CITIZEN OF __UTAH__
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____


5. NAME OF THIRD DEFENDANT __SUBWAY CORPORATION__
   (If applicable)

   IS A CITIZEN OF __UTAH__
   (City and State)
   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
                        (city and State)

   IS EMPLOYED AS_____ at _____.
        (Position and Title if Any)     (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   FOR REASON OF HARRASSMENT AND RACE DESCRIMINATION ON THE JOB. THE DEFENDANTS ROY DREISER AND ELSHA REISER CONSTANLY USED RACIST PROCEDURE AND HARRASSMENT AGAINST MY PERSON WHILE AT WORK.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: RACE DESCRIMINATION

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   THE DEFENDANT ROY D. REISER JR. ALWAYS FORCED ME TO WORK OVER TIME HOURS WITHOUT PAY FOR 13 YRS. ALSO FORCED ME TO WORK HOLIDAYS AND PAY ME THOSE AS REGULAR DAYS.

   b. (1) Count II: HARRASSMENT AT WORK

   (2) Supporting Facts: THE DEFENDANTS ROY D. REISER JR. AND ELSHA REISER CONSTANLY WERE FOLLOWING ME WHILE WORKING TO WATCH HOW I WAS PERFORMING MY JOB. THEY WERE CONSTANLY TRYING TO FIND IF I MAKE MISTAKES DOING MY JOB

   c. (1) Count III: _____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   *NONE APPLICABLE*

   _____

   _____

   _____

   _____

   _____

   _____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO_____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.   Parties to previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

    b.   Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit? _____
                                                                       Date    Month    Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

### F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

*THE ONLY TWO THINGS I'M ASKING FOR RELIEF, IN THIS CASE ARE: 1) APOLOGIES FROM THE DEFENDANTS FOR WHAT THEY DID TO ME AND 2) MONEY COMPENSATION FOR ALL MY SUFFERINGS (MENTAL)*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at ___UTAH STATE___ on ___03/09___ 20_19_.
           (Location)             (Date)

_____
Signature